MICHAEL R. LEVINE
Levine & McHenry LLC
1001 SW Fifth Avenue, Suite 1414
Portland, Oregon 97204
Phone: (503) 546-3927
Email: michael@levinemchenry.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED
JAN 5 - 2011

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 10-386 (BR) |
| Plaintiff, | |
| vs. | ORDER TO U.S. MARSHAL AND WARDEN AT SHERIDAN DETENTION CENTER AND SHERIDAN PRISON AUTHORIZING DR. RICHARD KOLBELL TO EVALUATE DEFENDANT. |
| PETER MICHAEL KEITH | |
| Defendant. | |

GOOD CAUSE APPEARING, Dr. Richard Kolbell, a clinical neuropsychologist with offices at 1923 NE Broadway, Portland, OR 97232 (503-284-2372), is authorized to evaluate the defendant at Sheridan detention center on January 27, 2011 and on such other dates and at times as are reasonable.

DATED: 1/4/2011

_____
UNITED STATES JUDGE